O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5519 AHM (PJWx) | Date | May 14, 2010 |
|---|---|---|---|
| Title | MARSI ZINTEL v. PATRIOTS FEDERAL CREDIT UNION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

Having received Mr. Harrison's response to the Court's May 3, 2010 Order to Show Cause, the Court DISCHARGES the May 3, 2010 Order to Show Cause (Dkt. No 30).

:

Initials of Preparer    se