Michael T. Harrison (SBN 158983)
mharrison30@aol.com
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone:  661-257-2854
Facsimile:   661-257-3068

Attorney for Plaintiff Marsi Zintel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOTS FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. CV09-5519 AHM (PJWx)<br><br>**DECLARATION OF MICHAEL T. HARRISON IN SUPPORT OF FINAL APPROVAL HEARING**<br><br>**FINAL APPROVAL HEARING:**<br>**DATE:      SEPT. 13TH, 2010**<br>**TIME:      10:00 a.m.**<br><br>Hon A. Howard Matz |

DECLARATION OF MICHAEL T. HARRISON

I, Michael T. Harrison, as a member of the State Bar of California, declare under penalty of perjury as follows:

1.      I am counsel for plaintiff Marsi Zintel in the above-captioned putative class action.

2.      Pursuant to paragraph 2.4 of the Second Revised Settlement Agreement, notice was provided on or before July 4, 2010 in the following matter:

        a.      In the Orange County Register (Exhibit 1);

        b.      Notice of Settlement was posted on the subject ATM by Defendant for a minimum of 30 days (Exhibit 2); and

        c.      Notice of Settlement was posted on the website (Exhibit 3).

1

2          3.     Class counsel did not receive any claim forms, opt-out forms or

3   objections.

4

5          I declare under penalty of perjury under the laws of the state of

6   California the foregoing is true and correct to the best of my knowledge and belief.

7

8          Executed this 8th day of September, 2010 in the State of California.

9

10                    ____/s/_____

11                    Michael T. Harrison

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF MICHAEL T. HARRISON