County of Orange ) ss.

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of 1/18/52, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

June 30, 2010

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Executed at Santa Ana, Orange County, California, on

Date: June 30, 2010

_Julie Trannell_
Signature

**The Orange County Register**
625 N. Grand Ave.
Santa Ana, CA 92701
(714) 796-7000 ext. 2209

**PROOF OF PUBLICATION**

---

PATRIOTS FEDERAL CREDIT UNION
NOTICE of CLASS ACTION SETTLEMENT
Zinter v. Patriots Federal Credit Union, Case No. [...]

IF YOU USED THE PATRIOTS FEDERAL CREDIT UNION ATM [...] PARAGRAPH BETWEEN JULY 29, 2008 AND JULY 28, 2009, AND [...] FOR THE USE OF THAT ATM, YOU MAY BE A CLASS MEMBER. IT [...] FECT YOUR RIGHTS.

This Notice relates only to one (1) specific Patriots Federal Credit Union ATM, at Santa Ana, California, and concerns a lawsuit about charging of fees at this [...] Federal Credit Union under a law called the Electronic Funds Transfer Act on th[...] have an externally posted fee notice. Patriots Federal Credit Union denies Mr's [...] to a settlement of the case.

The settlement includes everyone who was charged a fee for using the ATM [...] ness) account between July 29, 2008 and July 28, 2009. These people are c[...] time period that is covered is called the "Class Period." Under the law, the m[...] may recover in a case like this one is the lesser of 1% of Patriots Federal Credi[...] plus any actual damages that the class members suffered. Patriots Federal [...] Period, there were approximately 746 transactions who were charged ATM fe[...] the Class Period. Patriots Federal Credit Union has agreed to establish a Se[...] settle the case. Class Members may make a claim on the Settlement Fund to [...] maximum of $100, so the attorneys believe that a settlement allowing Class Me[...] $100 is fair and reasonable. The Settlement Fund will also be used to pay th[...] bers of the Settlement and to process their claims, the Law Offices Of Michael [...] his reasonable attorney fees which will not be more than $8,545.50, and Mrs. [...] the class representative.

The class award amount was arrived at by ensuring that each class member [...] ter all expenses were deducted from the Settlement Fund. After deducting the [...] cation expenses and attorney fees, each class member will be entitled to app[...] or her actual damages.

On September 13, 2010 at 10:00 a.m. in Courtroom 14, Judge A. Howard Ma[...] where to finally approve this settlement. Although you have the right to attend [...] NEED TO ATTEND. If the settlement is approved, all Class Members will be [...] and court orders, and eligible Class Members will be entitled to claim benefits [...]

You have three choices:

(1) If you want to receive your pro rata share of the Settlement Fund, up to a [...] submit a completed Claim Form, postmarked by August 18, 2010 to the Settl[...] ces of Michael T. Harrison, 25876 The Old Road, #304 Stevenson Ranch, [...] Claim Form will mean you receive no money but are still governed by a Rele[...] Federal Credit Union for the ATM fee notice claims as set forth in the Settl[...] Claim Form at www.morecaseinfo.com or call Class Counsel at (661) 257-285[...]

(2) If you do not want to participate in the Settlement and want to retain any ri[...] claim separately, you must write a letter stating "EXCLUDE ME FROM THE [...] CREDIT UNION SETTLEMENT." Include your name and address and mail the [...] trator at Law Offices Of Michael T. Harrison, 25876 The Old Road, Stevenso[...] must be postmarked by August 18, 2010 to be valid.

(3) If you think the Settlement is unfair, you may object to it by setting forth, in [...] jection with the Court at 312 N. Spring Street, Los Angeles, CA 90012 on or b[...] ing a copy to Class Counsel at 25876 The Old Road, #304, Stevenson Ranch[...] triots Federal Credit Union at: Colleen Deziel, Anderson, McPharlin & Conne[...] 31st Floor, Los Angeles, CA 90071

For more information, visit www.morecaseinfo.com or contact Class Counsel [...]

**DO NOT CONTACT THE COURT FOR INF[...]
AS IT WILL NOT BE ABLE TO ASSIS[...]**

Publish: Orange County Register   June 30, 2010   R-1072   925

**The Orange County Register • Excelsior • SqueezeOC.com**
**Orange County Home • Coast • Preferred Destinations • OC Kids**

# PAYMENT RECEIPT

June 24, 2010

| | |
|---|---|
| Transaction Type: | Payment |
| Receipt Number: | 0009256028 |
| Print Order: | Yes |
| Payment Method: | Credit Card |
| Bad Debt: | - |
| Card Number: | XXXXXXXXXXXX3000 - American Express |
| Expire Date: | August 2013 |
| Paid Amount: | $2,260.00 |
| Amount Due: | $0.00 |
| Check Number: | |
| Ad Company: | OCRC |
| Ad Category: | Classified |
| Order Number: | |
| Invoice Text: | |
| Invoice Notes: | |

| | |
|---|---|
| Customer Type: | Small Business |
| Customer Category: | |
| Customer Status: | Active |
| Customer Group: | |
| Customer Trade: | |
| Account Number: | 1001025983 |
| Phone Number: | 6612572854 |
| Company / Individual: | Company |
| Customer Name: | HARRISON, MICHAEL T., LAW OFC |
| Customer Address: | 25876 THE OLD ROAD #304 |
| | STEVENSON RANCH, CA  91384   USA |
| Check Number: | |
| Routing Number: | |