## NOTICE OF SETTLEMENT

If you used this ATM anytime between JULY 29, 2008 and JULY 28, 2009, and you were charged a transaction fee for making one or more withdrawals, you may be entitled to compensation. To find out more, visit www.morecaseinfo.com or call attorney Mike Harrison at (661) 257-2854.

## FEE NOTICE

The owner of this terminal, Patriots FCU, may charge a fee for withdrawals performed with a card that is not affiliated with the CO-OP network. The fee amount, if applicable, will be displayed on the screen before you are able to complete your transaction. The fee will be added to the amount of your withdrawal and is in addition to any fees that may be charged by your financial institution. If you have any questions regarding fees please contact your financial institution.

