O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05519-AHM (PJWx) | Date | September 13, 2010 |
|---|---|---|---|
| Title | MARSI ZINTEL v. PATRIOTS FEDERAL CREDIT UNION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Todd Harrison | Colleen Deziel | |

**Proceedings:**   FINAL APPROVAL HEARING [37] (non-evidentiary)

Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court denies without prejudice the final approval motion but will permit parties to submit additional briefing on the issue of whether the Court has the right and/or duty to approve this class action settlement. Said brief must be filed by not later than October 4, 2010.

|  | : | 21 |
|---|---|---|
| Initials of Preparer | | SMO |