Michael T. Harrison (SBN 158983)
mharrison30@aol.com
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone:  661-257-2854
Facsimile:   661-257-3068

Attorney for Plaintiff Marsi Zintel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOTS FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. CV09-5519 AHM (PJWx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Hon A. Howard Matz<br><br>Action Filed:  July 28, 2009 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Defendant Patriots Federal Credit Union, by and through its counsel of record, and Plaintiff Marsi Zintel, by and through her counsel of record, (collectively, the "Parties") and enter into the following

**STIPULATION OF DISMISSAL WITH PREJUDICE:**

1. The Parties voluntarily dismiss this action with prejudice.

2. The Parties shall bear their own costs, including attorneys' fees.

3. The Parties shall file with the Court an Agreed Order of Mutual Dismissal with Prejudice.

| | |
|---|---|
| Dated: September 30, 2010 | Respectfully submitted, |
| | **SIDLEY AUSTIN LLP** |
| | |
| | By: */s/* Colleen Deziel |
| | Colleen Deziel |
| | Anderson, McPharlin & Conners LLP |
| | 444 South Flower Street, 31st Floor |
| | Los Angeles, CA 90071 |
| | 213-236-1635 |
| | 213-622-7594 (fax) |
| | cad@amclaw.com |
| | |
| | By: /s/ Michael T. Harrison |
| | Michael T. Harrison |
| | Law Offices of Michael T. Harrison |
| | 25876 The Old Road #304 |
| | Stevenson Ranch, CA 91381 |
| | Mharrison30@aol.com |