Michael T. Harrison (SBN 158983)
mharrison30@aol.com
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone:  661-257-2854
Facsimile:    661-257-3068

Attorney for Plaintiff Marsi Zintel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOTS FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. CV09-5519 AHM (PJWx)<br><br>AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE<br><br>Hon A. Howard Matz<br><br>Action Filed:  July 28, 2009 |

**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**

It appearing to the satisfaction of the Court, as evidenced by the signatures below of counsel for both parties in above styled case, that this case and all counterclaims should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that this case and all counterclaims are DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

Zintel Declaration

ENTERED this _____ day of _____, 2010.

_____
Hon. A. Howard Matz
United States District Judge

AGREED AND APPROVED FOR ENTRY:

/s/ Colleen Deziel_____

Colleen Deziel
Anderson, McPharlin & Conners LLP
444 South Flower Street, 31st Floor
Los Angeles, CA  90071
213-236-1635
213-622-7594 (fax)
cad@amclaw.com

*Counsel for Defendant*
*Patriots Federal Credit Union*


/s/ Michael T. Harrison_____

Michael T. Harrison
Law Offices of Michael T. Harrison
25876 The Old Road #304
Stevenson Ranch, CA  91381
661-257-2854
661-257-3068 (fax)
Mharrison30@aol.com

*Counsel for Marsi Zintel*

- 2 -

Zintel Declaration